IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Gnopo v. The Permanent Mission of Cote D'Ivoire to the United Nations in New York
24-cv-7262-LGS

THIS DOCUMENT RELATES TO:

*Request for Adjournment*

Via ECF

Dear Judge,

My office represents the Plaintiff in the above stated matter. My office is in receipt of this Court's correspondence of September 30, 2024, wherein the parties are asked to file a joint letter by November 6, 2024. The Court further scheduled a conference for November 13, 2024.

Because this is matter concerning a Foreign State which first language is French, the summons, complaint and notice of suit need to be translated into French by a professional translator; and be served upon the Clerk of this Court, which would serve the State of Ivory Coast in Ivory Coast pursuant to 28 U.S.C. § 1608(a)(3).

My office just received the translated documents, and has now served them upon the Clerk of this Court.
Because service have yet to be performed on Defendant, we are asking an adjournment in this matter.

My office respectfully asks for 60 days, which are necessary for Defendant to receive the pleadings, and possibly hire a lawyer.

My client, through his attorney, thanks this Court for its time and consideration.

Dated: October 21 , 2024

Application **GRANTED**.  The parties shall file the materials described at Dkt. 5 by **January 8, 2025**.  The initial pretrial conference scheduled for November 13, 2024, is adjourned to **January 15, 2025, at 4:20pm**.

Dated: October 30, 2024
       New York, New York

/s/
RYANNE G. KONAN, ESQ.
4 MARSHALL ROAD
SUITE 107
WAPPINGERS FALLS, NY 12590

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1