**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GNOBO GNOPO,

                         Plaintiff,

       -against-                               24 **CIVIL** 7262 (LGS)

                                                <u>**JUDGMENT**</u>

THE PERMANENT MISSION OF COTE
D'IVOIRE TO THE UNITED NATIONS IN NEW
YORK,

                         Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 20, 2026, Defendant's motion to dismiss the Complaint for lack of subject matter jurisdiction is **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

       February 25, 2026

                                           **TAMMI M. HELLWIG**
                                        _____
                                           **Clerk of Court**

                   **BY:**           K. Mango

                                           _____
                                           **Deputy Clerk**